# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 20-00274-01-CR-W-BP |
| ) | |
| ERNEST S. DUDLEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 1, 2021, the Honorable Lajuana M. Counts issued a Report and Recommendation recommending that Defendant's Motion to Suppress be denied. (Doc. 41.) No party objected to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(b)(5). The Court has conducted a *de novo* review of the Record and Judge Counts's Report and Recommendation, and agrees with her conclusions. Therefore, Judge Counts's Report and Recommendation is adopted in its entirety, and Defendant's Motion to Suppress, (Doc. 23), is **DENIED**.

**IT IS SO ORDERED.**

                                                                             /s/ Beth Phillips
                                                                             BETH PHILLIPS, CHIEF JUDGE
DATE: November 19, 2021                          UNITED STATES DISTRICT COURT