IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-00274-01-CR-W-BP |
| ERNEST S. DUDLEY, | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 23, 2021, Defendant Ernest Dudley was ordered to undergo a competency evaluation. (Doc. 46.) Defendant was examined by Angela J. van der Walt, Psy.D., a forensic psychologist. (Doc. 53.) Dr. van der Walt opined that Defendant is competent to proceed in this matter. (*Id*. at p. 9.) During a hearing held before United States Magistrate Judge Lajuana M. Counts, Judge Counts took judicial notice of Dr. van der Walt's report, and no other evidence was offered. (Doc. 57.) Thereafter, Judge Counts issued a Report recommending that the Court that Defendant is competent to proceed. (Doc. 55.) No party objected to the Report and Recommendation, and the time to do so has passed. After reviewing the Record, including Dr. van der Walt's report, it is **ORDERED** that Judge Counts's Report and Recommendation is adopted in its entirety, and the Court finds that Defendant is competent to proceed.

**IT IS SO ORDERED.**

DATE: May 5, 2022

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
UNITED STATES DISTRICT COURT